# FEDERAL PUBLIC DEFENDER
## WESTERN DISTRICT OF NEW YORK

JOSEPH B. MISTRETT
*FEDERAL DEFENDER*
joseph_mistrett@fd.org

ELIZABETH J. SWITZER
*ASSISTANT DEFENDER*
elizabeth_switzer@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 450
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

REPLY TO: ROCHESTER

March 2, 2006

Via Facsimile

Honorable Michael A. Telesca
United States District Judge
2720 U.S. Courthouse
100 State Street
Rochester, NY 14614

Re: United States v. James McCloud, 04-CR-6179-T(P)

Dear Judge Telesca:

Magistrate Judge Payson issued a Report and Recommendation (R&R) on the above-referenced case. The R&R denied Mr. McCloud's motion to suppress evidence seized from 56 Garfield Street pursuant to the execution of the search warrant. I request a 15 day adjournment to file objections to the R&R. I have not had an opportunity to discuss this request with Melanie Babb from the U.S. Attorney's Office.

Please consider this letter my application to continue the tolling of the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(F) understanding that the period of excludable delay in this case will last until defense objections to the R&R are filed.

Respectfully submitted,

Elizabeth J. Switzer
Assistant Federal Defender

EJS:dmp
cc: Melanie Babb, AUSA (via facsimile)

Objections shall be filed no later than March 17, 2006. SO ORDERED.

S/MICHAEL A. TELESCA
MICHAEL A. TELESCA, U.S.D.J.

DATED: 3/2/2006