UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

        UNITED STATES OF AMERICA

                        Plaintiff(s)

            -vs-                                04-CR-6179T

        JAMES McCLOUD

                        Defendant(s)


_____


        The above case is transferred from Hon. Michael A.

Telesca to Hon. Charles J. Siragusa.

        SO ORDERED.



                                ____S/ MICHAEL A. TELESCA____
                                MICHAEL A. TELESCA
                                United States District Judge

Dated:  Rochester, New York
        August 1, 2006