**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

UNITED STATES OF AMERICA,

-vs-

JAMES MCCLOUD

                      Defendant(s)

_____

SENTENCING GUIDELINE ORDER

CASE NO. 04-CR-6179 CJS

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Robert Marangola |
| DEFENSE ATTORNEY | Elizabeth Switzer |
| INTERPRETER (YES or NO) | No |
| DATE OF VERDICT | August 9, 2006 |
| SENTENCING DATE | November 20, 2006 at 2:00 p.m. |
| INITIAL PSR DUE | October 6, 2006 (45 DAYS PRIOR TO SENTENCING*) |

STATEMENT OF PARTIES, AND OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)**

        October 27, 2006
        (24 DAYS PRIOR TO SENTENCING*)

| | |
|---|---|
| RESPONSES TO OBJECTIONS OR MOTIONS DUE | November 6, 2006 |
| | (14 DAYS PRIOR TO SENTENCING*) |
| 5K1.1 APPLICATION, IF ANY, DUE | Niovember 10, 2006 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| LETTERS OR SIMILAR SUBMISSIONS DUE | November 10, 2006 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| FINAL PSR DUE | November 13, 2006 |
| | (7 DAYS PRIOR TO SENTENCING*) |

***This refers to the sentencing date originally set by the Court or if the Court grants an adjournment, the date to which sentencing has been adjourned. That is, whatever the sentencing date, the time requirements apply.***

NOTE:   MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO  ANY DEADLINE

NOTE:   IF ANY OF THE ABOVE DATES FALL ON A HOLIDAY OR DAY WHEN THE CLERK'S OFFICE IS CLOSED, THE DUE DATE IS THE NEXT BUSINESS DAY

        IT IS SO ORDERED.

Dated:        Rochester, New York
              August 11, 2006

                              ENTER:


                              /s/   Charles J. Siragusa
                              CHARLES J. SIRAGUSA
                              United States District Judge